## WHITE et al. v. STATE.
### No. 18018.

Court of Criminal Appeals of Texas.

Feb. 26, 1936.

See, also, 78 S.W.(2d) 195.

Shropshire & Sanders, of Brady, for appellants.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is the unlawful transportation of intoxicating liquor; penalty assessed at confinement in the penitentiary for eighteen months.

Since the conviction of the appellants, the law upon which the prosecution is founded has been repealed. See Meadows v. State (Tex.Cr.App.) 88 S.W.(2d) 481.

The judgment is reversed, and the prosecution ordered dismissed.